January 29, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JERRY  JEROME  COLBURN, Appellant

NO. 14-13-00680-CV                          V.

EVELYN COLBURN, Appellee

_____

This court today heard a motion for rehearing filed by appellant, Jerry Jerome  Colburn.  We order the motion be overruled, and that the court's former judgment of November 6, 2014 be vacated, set aside, and annulled.  We further order this court's memorandum opinion of November 6, 2014, withdrawn.

This cause, an appeal from the judgment in favor of appellee, Evelyn Colburn, signed June 27, 2013, was heard on the transcript of the record.  The record shows that appellee, Evelyn Colburn, established that appellant, Jerry Jerome Colburn, accepted benefits under the trial court's judgment, and appellant, Jerry Jerome Colburn, failed to demonstrate that an exception to the acceptance of benefits doctrine applies.  We therefore order the appeal **DISMISSED**.

We order appellant, Jerry  Jerome  Colburn, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.